LAW LIBRARY

NO. 30223

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee

vs.

TRUMAN LEE KETCHMARK, Petitioner/Defendant-Appellant.

2010 MAY 18 AM 10: 00 FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1DTI-09-020487)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellant Truman Lee Ketchmark's application for writ of certiorari, filed on April 19, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, May 18, 2010.

FOR THE COURT:

Chief Justice



---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.